IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DALON V. RODGERS**  **PLAINTIFF**
**ADC #164397**

v.  No. 3:22-cv-00195-BRW-PSH

**DENISSE JARAMILLO,** *et al.*  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommendation in all respects. Accordingly, the claims are dismissed without prejudice for failure to exhaust available administrative remedies.

IT IS THEREFORE ORDERED THAT Jaramillo's motion for summary judgment (Doc. No. 12) should be granted, and Rodgers' claims against her should be dismissed without prejudice for failure to exhaust available administrative remedies.

IT IS SO ORDERED this 20th day of March, 2023.

                                                BILLY ROY WILSON
                             UNITED STATES DISTRICT JUDGE