# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DALON V. RODGERS**                                                              **PLAINTIFF**
**ADC #164397**

v.                                    No. 3:22-cv-00195-BRW-PSH

**DENISSE JARAMILLO,** *et al.*                                     **DEFENDANTS**

## JUDGMENT

Based on the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this <u>20th</u> day of March, 2023.

                                                                                           BILLY ROY WILSON
                                                            UNITED STATES DISTRICT JUDGE